IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

        PLAINTIFF,

        v.                                   CIVIL NO.   12-1227-DRH-PMF

$4,337.00 IN UNITED STATES CURRENCY;
$1,585.58 IN UNITED STATES FUNDS SEIZED
FROM U.S. BANK ACCOUNT NO:
XXXXXXX0506; $8,729.46 IN UNITED
STATES FUNDS SEIZED FROM U.S. BANK
ACCOUNT NO. XXXXXXXX6817, AND
$278,000.00 IN UNITED STATES CURRENCY,

        DEFENDANTS.

## **JUDGMENT AND DECREE FOR FORFEITURE**

A default having been entered as to all interested parties in the above case on the 13th day of April, 2016, (Doc. 17) in accordance with Rule 55(b) of the Federal Rules of Civil Procedure, and counsel for plaintiff having requested judgment against the defaulted defendants and having filed a proper motion with me as to the requested relief;

On the 3rd day of December, 2012, a Complaint for Forfeiture against the defendant, more further described as:

    **$4,337.00 in United States Currency;**

    **$1,585.58 in United States funds seized from U.S. Bank Account No. XXXXXXXX0506;**

    **$8,729.46 in United States funds seized from U.S. Bank Account No. XXXXXXXX6817; and**

    **$278,800.00 in United States Currency**

was filed on behalf of the plaintiff, United States of America. The Complaint alleges that the property constitutes or is derived from proceeds of violations of Title 7, United States Code, Section 2024(b).

It appearing that process was fully issued in this action and returned according to law;

That notice of this action was also published on an official government website (www.forfeiture.gov) for at least 30 consecutive days, beginning December 13, 2015.

That the interests of Qais Hussein and Majdi Odeh in the subject-matter property were terminated in Criminal Case No. 14-cr-30177-NJR in the United States District Court for the Southern District of Illinois.

That Quasai Odeh and all interested parties were defaulted herein on the 13th day of April, 2016, (Doc. 17).

Now, therefore, on motion of the plaintiff, United States of America, for a Judgment, pursuant to Fed.R.Civ.P. 55(b) and Decree of Forfeiture, the property, more further described as:

**$4,337.00 in United States Currency;**

**$1,585.58 in United States funds seized from U.S. Bank Account No. XXXXXXXX0506;**

**$8,729.46 in United States funds seized from U.S. Bank Account No. XXXXXXXX6817; and**

**$278,800.00 in United States Currency**

is hereby ordered forfeited to the United States of America and no right, title or

interest in the property shall exist in any other party. The defendant property shall be disposed of according to law by the property custodian for Customs and Border Protection/Department of Homeland Security or by the United States Marshal.

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment is entered in favor of the plaintiff, United States of America, and against the defendants as described above.

**IT IS SO ORDERED.**

Signed this 6th day of May, 2016.

Digitally signed by Judge David R. Herndon
Date: 2016.05.06 12:56:16 -05'00'

**United States District Court**